LAW OFFICES OF LISA M. SOLOMON
One Grand Central Place
305 Madison Avenue, Suite 4700
New York, NY 10165
Tel: 212- 471-0067
Fax: 212-980-6965
Lisa M. Solomon

*Counsel for Compensation Claimants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | Chapter 11 |
| : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | |
| : | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

Compensation Claimants *Madelyn Antoncic, Michele Bareggi, Riccardo Banchetti, Timothy A. Burke, Nachiketa Das, Philippe Dufournier, Brian Gross, Peter Hornick, Andrea Jao, Michael Lawsky, Alexandre Catalao Maia, Nikki Marshall, Richard Noble, Anke Parr, Vincent Primiano, Giancarlo Saronne, Jonathan Sebiri, Charles Spero, Harsh Shah and Gordon Sweely*, creditors in the above-captioned proceeding, in accordance with Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, hereby appeal under 28 U.S.C. §158(a) from the final order of the United States Bankruptcy Court for the Southern District of New York, entitled *Order Sustaining Omnibus Objections and Reclassifying Claims for Restricted Stock Units and Contingent Stock Awards* [Docket No. 46853](the "Order") which was entered in the above-captioned chapter 11 cases on November 7, 2014, including, without limitation, any and

all judgments, decrees, decisions, rulings, and/or opinions that merged into and/or became a part of the Order, that are related to the Order, and/or upon which the Order is based.

The names of all parties to the above Order appealed from and the names, addresses and telephone numbers of their respective counsel are as follows:

1. <u>Appellants and Counsel</u>

   *Madelyn Antoncic, Michele Bareggi,*
   *Riccardo Banchetti, Timothy A. Burke,*
   *Nachiketa Das, Philippe Dufournier,*
   *Brian Gross, Peter Hornick, Andrea Jao,*
   *Michael Lawsky, Alexandre Catalao Maia,*
   *Nikki Marshall, Richard Noble, Anke Parr,*
   *Vincent Primiano, Giancarlo Saronne, Jonathan Sebiri,*
   *Charles Spero, Harsh Shah, Gordon Sweely*

   Counsel for above-named Appellants
   LAW OFFICES OF LISA M. SOLOMON
   One Grand Central Place
   305 Madison Avenue, Ste. 305
   New York, NY 10165
   Tel: (212) 471-0067
   Fax: (212) 980-6965
   Lisa M. Solomon

2. <u>Appellee and Counsel</u>

   Lehman Brothers Holdings, Inc.

   Counsel for Appellee Lehman Brothers Holdings, Inc.

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, NY 10153
   Tel: (212) 310-8000
   Fax: (212) 310- 8007
   Ralph I. Miller
   Robert Lemons
   Denise Alvarez
   Teresa C. Brady

Dated: November 20, 2014
       New York, New York

                              LAW OFFICES OF LISA M. SOLOMON

                      By: _/s/ Lisa M. Solomon_____
                              Lisa M. Solomon
                              One Grand Central Place
                              305 Madison Avenue, Suite 4700
                              New York, New York 10165
                              (212) 471-0067

                              *Counsel for Compensation Claimants Madelyn Antoncic, Michele Bareggi, Riccardo Banchetti, Timothy A. Burke, Nachiketa Das, Philippe Dufournier, Brian Gross, Peter Hornick, Andrea Jao, Michael Lawsky, Alexandre Catalao Maia, Nikki Marshall, Richard Noble, Anke Parr, Vincent Primiano, Giancarlo Saronne, Jonathan Sebiri, Charles Spero, Harsh Shah, Gordon Sweely*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                              Chapter 11 Case No.
                                                    08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*,
                Debtors.

---

NOTICE OF APPEAL

---

LAW OFFICES OF LISA M. SOLOMON
COUNSEL FOR COMPENSATION CLAIMANTS

305 MADISON AVENUE, SUITE 4700
NEW YORK, NEW YORK 10165
(212) 471-0067